IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JEFFERY WILLIAMS, | * |
| Plaintiff, | * |
| v. | Case No. 7:19-cv-208(HL) |
| | * |
| WAL-MART ASSOCIATES, INC., | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 15, 2021, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 15th day of July, 2021.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk